# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

FERNANDO JIMENEZ-GARCIA,

                    Petitioner,

      v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Attorney General of the United States; THOMAS GILES, Los Angeles Field Office Director, Bureau of Immigration and Customs Enforcement; JAMES PILKINGTON, Assistant Field Office Director, Adelanto Detention Facility; WARDEN, Geo Group Inc, Adelanto Detention Facility,

                    Respondents.

Case No. 5:26-cv-02555-SPG-AJR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

A# 246060976

Magistrate Judge Joel Richlin has filed a Report and Recommendation, in which he recommends that the Court grant Petitioner Fernando Jimenez-Garcia's ("Petitioner") Petition for a Writ of Habeas Corpus and order Petitioner's immediate release from custody. *See* (ECF No. 14 ("R&R")). Pursuant to 28 U.S.C. § 636, the Court has reviewed the R&R and records on file, including the Petition for a Writ of Habeas Corpus, (ECF No. 1 ("Petition")), and Respondents' Answer to the Petition, (ECF No. 11). The deadline to file objections has passed, and Respondents have not filed objections to the R&R.

-1-

Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations in the R&R, as modified, and GRANTS the Petition.

IT IS THEREFORE ORDERED that:

1.     Respondents shall immediately release Petitioner Fernando Jimenez-Garcia (A# 246060976) from custody subject only to conditions of release that were in place prior to his detention on January 24, 2026 (if any) and immediately return any confiscated property and documents to Petitioner.

2.     Respondents shall file a notice of compliance within twenty-four hours of entry of Judgment.

3.     Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.

4.     Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

5.     The Clerk shall serve copies of this Order and the Judgment filed concurrently with this Order on Petitioner at the current address of record, as well as all Respondents.

**IT IS SO ORDERED.**

DATED:  June 5, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-