JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FERNANDO JIMENEZ-GARCIA,

Petitioner,

v.

MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Attorney General of the United States; THOMAS GILES, Los Angeles Field Office Director, Bureau of Immigration and Customs Enforcement; JAMES PILKINGTON, Assistant Field Office Director, Adelanto Detention Facility; WARDEN, Geo Group Inc, Adelanto Detention Facility,

Respondents.

Case No. 5:26-cv-02555-SPG-AJR

**JUDGMENT**

**A# 246060976)**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

1.     Respondents shall immediately release Petitioner Fernando Jimenez-Garcia (A# 246060976) from custody subject only to conditions of release that were in place prior to his detention on January 24, 2026 (if any) and immediately return any confiscated property and documents to Petitioner.

2.     Respondents shall file a notice of compliance within twenty-four

hours.

3.     Respondents shall not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.

4.     Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

DATED:  June 5, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

2